■ In the Matter of HENRY A. LANGER, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [625 NYS2d 995] —Order of suspension entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default. Present— Pine, J. P., Lawton, Wesley, Balio, Davis and Boehm, JJ.

■ In the Matter of WILLIAM S. WOOD, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [625 NYS2d 996] —Order of suspension entered pursuant to 22 NYCRR 1022.23. Present—Denman, P. J., Green, Lawton, Fallon and Balio, JJ.

■ PEOPLE, Respondent, v JAMES PENNINGTON, Appellant. [625 NYS2d 954] —Motion to extend time to perfect appeal granted upon condition that defendant's affidavit of service and the stipulation to the record are filed and served on or before March 20, 1995. Memorandum: Counsel is directed to file his affidavit of service and the stipulation to the record. It is not the policy of this Court to hold a direct appeal in abeyance pending the outcome of a collateral matter. Present —Pine, J. P., Lawton, Wesley, Balio and Davis, JJ. (Filed Mar. 6, 1995.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE VAZQUEZ, Petitioner, v JOHN DILLON, as Sheriff of Onondaga County, et al., Respondents. [625 NYS2d 996] —Motion to extend time to cure omission dismissed as unnecessary. Memorandum: Petitioner's time to appeal does not begin to run until petitioner is served with a copy of the judgment appealed from and written notice of its entry (see, CPLR 5513 [a]). It is undisputed that no such service has been made on petitioner. Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.